377 A.2d 189

Commonwealth v. Watkins, Appellant.

Submitted September 13, 1976. Robert W. O'Donnell, for appellant; James A. Shellenberger and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in *Commonwealth v. McCusker*, 245 Pa. Superior Ct. 402, 404–410, 369 A.2d 465, 466–469 (1976) (Dissenting Opinion by SPAETH, J.).